## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| GERALD CARTER | § |
| | § |
| PLAINTIFF | § |
| | § |
| V. | §   CIVIL ACTION NO. 11:492 |
| | § |
| | § |
| NORTHSIDE INDEPENDENT | § |
| SCHOOL DISTRICT | § |
| | § |
| DEFENDANT | § |

### CERTIFICATE OF FILING

The undersigned, attorney of record for Defendants, certifies that on the 17th day of June, 2011, a copy of the Notice of Removal of this action was transmitted for filing with the County Clerk of Bexar County, Texas and that written Notice of Filing of the Notice of Removal was mailed to Plaintiff, by and through his attorneys of record. A true and correct copy of the Notice To The County Court Clerk Of Filing Of Notice Of Removal is attached as Exhibit "1;" a true and correct copy of the Notice Of Removal To Plaintiff is attached as Exhibit "2." Pursuant to the provisions of 28 U.S.C. §1446, removal of this action is effective as of that date.

Respectfully Submitted,

WALSH, ANDERSON, BROWN,
  GALLEGOS & GREEN, P.C.
100 NE Loop 410, Suite 900
San Antonio, Texas 78216
Tel No.  210-979-6633
Fax No. 210-979-7024


By:   /s/ D. Craig Wood
      D. CRAIG WOOD
      Attorney In Charge
      State Bar No.  21888700
      cwood@sa.wabsa.com
By:   /s/ Stacy T. Castillo
      STACY T. CASTILLO
      State Bar No. 00796322
      scastillo@sa.wabsa.com

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of June, 2011, a true and correct copy of the above and foregoing Certificate of Filing was electronically filed with the Clerk of the Court using CM/ECF system.  The undersigned certifies that on the 20th day of June, 2011, notification of such filing has been sent to the following:

Mr. Adam Poncio                **CERTIFIED MAIL #7010 2780 0003 1514 5655**
Poncio Law Offices                     **RETURN RECEIPT REQUESTED**
5410 Fredericksburg Road, Suite 109
San Antonio, TX  78229-3550


        /s/ D. Craig Wood
        D. CRAIG WOOD