038157
**Northside Independent School District**
5900 Evers Road
San Antonio, Texas 78238
(210) 397-8600

162

**TWO-YEAR TERM CONTRACT**
for
**Professional Employee**

NORTHSIDE INDEPENDENT SCHOOL DISTRICT (the "District") hereby employs the undersigned professional employee,
_____GERALD CARTER_____ (the "Employee"), and the Employee accepts employment on the following terms and conditions:

1. **Term.** The District agrees to employ the Employee for the 2009-2010 and 2010-2011 school years, according to the hours and dates set by the District as they exist or may hereafter be amended.

2. **Credentials.** This Contract is conditioned upon the Employee's satisfactorily providing, before the first day of instruction, the certification, service records, teaching credentials, documentation of highly-qualified status, and other records and information required by law, the Texas Education Agency ("TEA"), the State Board for Educator Certification, or the District.

   2.1 **Certification:** The Employee agrees to maintain the required certification throughout the term of employment with the District.

   2.2 **Qualifications:** If the Employee is a classroom teacher, the Employee agrees to become and remain "highly qualified," as that term is defined under the No Child Left Behind Act of 2001, 20 U.S.C. § 7801, and by the TEA, to the extent required by law.

   2.3 **Failure to Maintain Certification or Qualifications:** If the Employee's certification expires, is canceled, or is revoked, or if the Employee fails to maintain highly-qualified status, this Contract is void.

3. **Representations.** The Employee makes the following representations:

   3.1 **Beginning of Contract:** The Employee represents that he/she has disclosed to the District, in writing, any indictment, conviction, no contest or guilty plea, or other adjudication of the Employee for a felony or an offense involving moral turpitude. Employee hereby represents that he/she has made disclosure of criminal history to the District, in writing, as required by Board Policy.

   3.2 **During Contract:** The Employee also agrees that, during the term of this Contract, the Employee will notify the Superintendent, in writing, of any arrest, indictment, conviction, no contest or guilty plea, or other adjudication of the Employee for a felony or an offense involving moral turpitude. Employee agrees to provide such notification within seven calendar days or any shorter period specified in policy of the Board of Trustees ("Board").

   3.3 **False statements and misrepresentations:** The Employee represents that any required records or information provided in his or her employment application are true and correct. Any false statements, misrepresentations, omissions of requested information, or fraud by the Employee in or concerning any required records or in the employment application may be grounds for termination or non-renewal, as applicable.

4. **Duties.** The Employee agrees to perform his or her duties as follows:

   4.1 **General standard:** The Employee shall perform the duties of the position assigned as prescribed by state law and as may be assigned by the District. The Employee shall perform those duties with reasonable care, skill, and diligence.

   4.2 **Assignment/Reassignment:** The District shall have the right to assign or reassign the Employee to positions, duties, or additional duties and to make changes in responsibilities, work, transfers, or classification at any time during the contract term.

   4.3 **Supplemental duty:** This Contract does not cover assignments of or payments for supplemental duties. Any such payments are not included as part of the annual salary under this Contract. This Contract does not create a property right to continued employment in any supplemental duty.

   4.4 **Rules:** The Employee shall comply with all Board and District directives, state and federal laws and rules, District policy, and regulations as they exist or may hereafter be amended.

5. **Compensation.** The District agrees to pay the Employee compensation as follows:

   5.1 **Salary:** The District shall pay the Employee according to the compensation plan adopted by the Board. The Employee's salary includes consideration for any assigned duties, responsibilities, and tasks. The District shall pay the Employee's salary according to the District's established payroll schedule, unless the District and the Employee agree in writing to an alternate payment schedule.

Professional Employee: Two-year Term


EXHIBIT B1

038157                                                                                                    162

5.2 **Benefits:** The District shall provide benefits to the Employee as provided by state law and Board policies or by Board action. The District reserves the right to amend its policies or to take Board action at any time during the term of this Contract to reduce or increase these benefits, at the Board's sole discretion.

5.3 **Compensation:** Qualifying employee may receive an incentive payment under an awards program established under Texas Education Code Section 21.651 et seq. and Section 21.701 et seq., if the district participates in the program. Any incentive payment distributed is considered a payment for performance and not an entitlement as part of an employee's salary.

6. **Other provisions.**

6.1 **Equipment and reports:** The Employee shall satisfactorily submit or account for all grades, reports, school equipment, or other required items at the end of each school year. Subject to Texas Education Code section 31.104(c), the Employee agrees that the last salary payments for each fiscal year of this Contract are conditioned upon the Employee's accounting for all such items. The employee also agrees that the District may deduct any wage overpayments under this contract from one or more of the Employee's paychecks.

6.2 **Special funding:** Employment in federally or categorically funded positions is expressly conditioned on the availability of full funding for the position. If full funding becomes unavailable, the Employee is subject to termination or nonrenewal, as applicable.

7. **Suspension.** In accordance with Texas Education Code, Chapter 21, the District may suspend the Employee without pay during the term of this Contract for good cause as determined by the Board.

8. **Termination and Non-renewal of Contract.**

8.1 **Termination:** This Contract will terminate upon:

8.1.1 **Good cause:** A determination by the Board of good cause in accordance with applicable law, including Texas Education Code Section 21.211 and Board policy;

8.1.2 **Financial exigency:** A determination by the Board that a financial exigency requires a reduction in personnel. Unless otherwise defined in local policy, "financial exigency" means any event or occurrence that creates a need for the District to reduce financial expenditures for personnel, including a decline in the District's financial resources, a decline in enrollment, a cut in funding, a decline in tax revenues, or an unanticipated expense or capital need;

8.1.3 **Program change:** A determination by the Board that a program change requires termination of the Employee's Contract. Unless otherwise defined in local policy, "program change" means any elimination, curtailment, or reorganization of a curriculum offering, program, or school operation. "Program change" includes a change in curriculum objectives, a modification or reorganization of staffing patterns on a particular campus or district-wide, a redirection of financial resources to meet the educational needs of the students, a lack of student response to a particular course offering, legislative revisions to programs, or a reorganization or consolidation of two or more individual schools or school districts; or

8.1.4 **Resignation:** The Employee's resignation at the end of a school year without penalty, pursuant to Texas Education Code Section 21.210. After the Employee's resignation, the District shall continue to make regular payroll disbursements to the Employee, pursuant to paragraph 5.1, until any due and owing salary amount is fully paid.

8.2 **Non-renewal:** The District may non-renew this Contract in accordance with Texas Education Code Chapter 21, as applicable, and Board policy.

9. **General provisions.**

9.1 **Amendment:** This Contract may not be amended except by written agreement of the parties.

9.2 **Severability:** If any provision in this Contract is, for any reason, held to be invalid, illegal, or unenforceable, such invalidity, illegality, or unenforceability shall not affect any other provision of the Contract. This Contract shall be construed as if such invalid, illegal, or unenforceable provision had never been a part of the Contract.

9.3 **Entire agreement:** All existing agreements and contracts, both verbal and written, between the parties regarding the employment of the Employee are superseded by this Contract. This Contract, and any addenda, constitutes the entire agreement between the parties. Notwithstanding the foregoing, this Contract does not supersede any supplemental duties agreement between the parties. This Contract does not constitute a "unified contract" with any supplemental duties agreement between the parties.

9.4 **Applicable law:** Texas law shall govern construction of this Contract.

9.5 **Paragraph headings:** The headings used at the beginning of each numbered paragraph in this Contract are not intended to have any legal effect; the headings do not limit or expand the meaning of the paragraphs that follow them.

038157                                                                                                                162

10. **Notice to employee.** The Employee agrees to keep a current permanent address on file with the District's human resources office. The Employee agrees that the District may meet any legal obligation it has to give the Employee written notice regarding this Contract or the Employee's employment by hand-delivering the notice to the Employee or by sending the notice by certified mail, regular mail, and/or express delivery service to the Employee's permanent address of record.

11. **Expiration of offer.** This offer of employment contract shall expire unless the Employee signs and returns this Contract to the Superintendent or designee within 30 days of receipt. Failure to return the signed contract within such 30 day period shall be deemed the Employee's rejection of this offer of employment contract and the Employee's resignation from current employment, if any, at the end of the existing contract term.

I have read this Contract and agree to abide by its terms and conditions:

_____  4-27-09
Employee                                  Date

Northside Independent School District        By _____  4/8/2009
                                                President, Board of Trustees        Date

Original Copy:  Human Resources                    Second Copy:  Employee
Professional Employee: Two-year Term                                                    Page 3



# Northside Independent School District
## DEPARTMENT OF HUMAN RESOURCES

REQUISITION NUMBER: 30100000

# GENERAL EMPLOYMENT NOTICE
## CLASSROOM TEACHER & SPECIAL EDUCATION TEACHER
### Elementary, Secondary and Special Campuses
### (Potential Openings)

## JOB SUMMARY
Classroom teachers provide students with appropriate learning activities and experiences in the academic subject area assigned to help them fulfill their potential for intellectual, emotional, physical and social growth. They enable students to develop competencies and skills to function successfully in society.

## MINIMUM QUALIFICATIONS
- Bachelor's degree from accredited university
- Valid Texas teaching certificate with required endorsements or required training for subject and level assigned
- Must have successfully completed student teaching/internship or Alternative Certification Program (ACP)
- Demonstrated competency in the core academic subject area(s)
- General knowledge of curriculum and instruction
- Ability to instruct students and manage their behavior
- Strong organizational, communication and interpersonal skills
- Must have satisfactory outcome of fingerprinting check prior to starting employment. Non-refundable fee paid by applicant.

## DUTIES AND RESPONSIBILITIES
1. Develop and implement lesson plans that fulfill the requirements of the district's curriculum program.
2. Prepare lessons that reflect accommodations for differences in student learning styles.
3. Present subject matter according to guidelines established by TEA, board policies and administrative regulations.
4. Plan and supervise assignments of teacher aide(s) and volunteer (s).
5. Work cooperatively with administrators, team leaders, department coordinators, content specialists and other staff as needed to meet curriculum objectives.
6. Work cooperatively with special education teachers to modify curricula as needed for special education students according to guidelines established in Individual Education Plans (IEP).
7. Help students analyze and improve study methods and habits.
8. Conduct ongoing assessment of student achievement through formal and informal testing.
9. Manage student behavior in accordance with Student Code of Conduct and student handbook.
10. Take all necessary and reasonable precautions to protect students, equipment, materials and facilities.
11. Assist in selection of books, equipment and other instructional materials.
12. Establish and maintain open communication by conducting conferences with parents, students, principals and teachers.
13. Compile, maintain and file all physical and computerized reports, records and other documents required.
14. Attend and participate in faculty meetings and serve on staff committees as required.
15. Participate in staff development activities to improve job-related skills.
16. Perform other duties as assigned.

## WORKING CONDITIONS – TEACHERS
Mental Demands/Physical Demands/Environmental Factors:
Maintain emotional control under stress. Frequent standing, stooping, bending, kneeling, pushing and pulling. Move small stacks of textbooks, media equipment, desks and other classroom or adaptive equipment.

## ADDITIONAL WORKING CONDITIONS – SPECIAL EDUCATION TEACHERS
May be required to lift and position students with physical disabilities; control behavior through physical restraint; and assist non-ambulatory students. Exposure to biological hazards.

## TERMS OF EMPLOYMENT
SALARY: Teacher Salary Schedule                                    WORK DAYS: 187

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Only those persons who meet the minimum qualifications as posted should apply for this position. The online application must be completed for consideration and should include any attachments required for employment consideration. Attachments include, but are not limited to: transcripts, teaching or other certificates, resumes and letters of recommendation.

*New Applicants:* Click on the link below to apply.
*Returning Applicants:* Applicants who applied prior to January 1, 2010, must re-apply for any position for which you want to be considered. Applicants who applied after January 1, 2010, who want to apply for another posted position must complete the application associated with that job posting.
*Current Employees:* Current NISD employees who want to apply for a new position must complete a new application for each job posting for which they want to be considered.

*Click here to apply.*


EXHIBIT B 2

rev. 12-09 PL

---

### NORTHSIDE ISD
### Professional Development and Appraisal System
Summative Annual Appraisal

| | |
|---|---|
| Teacher:  Carter, Gerald | Appraiser: Lori Shaw |
| Campus:  Michael Es | Teacher Position Grade 4 |
| | Observation Grade 4 |
| Date: 10/20/2008 | Beginning Time: 08:46 AM |
| | End Time: 09:35 AM |

**Domain I: Active, Successful Student Participation in the Learning Process**

| | Exceeds (x 5) | Proficient (x 3) | Below (x 1) | Unsatis-factory (x 0) | |
|---|---|---|---|---|---|
| 1. Engaged in learning | | x | | | |
| 2. Successful in learning | | x | | | |
| 3. Critical thinking/problem solving | | x | | | |
| 4. Self-directed | | x | | | Total |
| 5. Connects learning | x | | | | |
| Subtotal | 5 | 12 | 0 | 0 | 17 |

| | Total: | 20 | to | 25 | Exceeds Expectations |
|---|---|---|---|---|---|
| | | 12 | to | 19 | Proficient |
| | | 4 | to | 11 | Below Expectations |
| | | 0 | to | 3 | Unsatisfactory |

Comments:
Most of the students were engaged and successful in their learning.

| Strengths | Areas to Address |
|---|---|
| Mr. Carter connects their learning with "Just like multiplication, same kind of rules apply". | |


EXHIBIT B3

Teacher:   Carter, Gerald
Campus:    Michael Es

| Domain II: Learner-Centered Instruction | Exceeds (x 5) | Proficient (x 3) | Below (x 1) | Unsatis-factory (x 0) | |
|---|---|---|---|---|---|
| 1. Goals and objectives | | x | | | |
| 2. Learner-centered | | x | | | |
| 3. Critical thinking and problem solving | | x | | | |
| 4. Motivational strategies | x | | | | |
| 5. Alignment | x | | | | |
| 6. Pacing/sequencing | | x | | | |
| 7. Value and importance | | | x | | |
| 8. Appropriate questioning and inquiry | | x | | | |
| 9. Use of technology | | | | x | Total |
| Subtotal | 10 | 15 | 1 | 0 | 26 |

| | | | | |
|---|---|---|---|---|
| Total: | 37 | to | 45 | Exceeds Expectations |
| | 23 | to | 36 | Proficient |
| | 7 | to | 22 | Below Expectations |
| | 0 | to | 6 | Unsatisfactory |

Comments:
Mr. Carter indirectly stated the objective about solving division problems using fact families.

| Strengths | Areas to Address |
|---|---|
| Students were giving the teacher 3 numbers that made up a fact family to practice their multiplication and division. Mr. Carter asked "What do you think we're going to do with these numbers on the division doughnut?" Students went to the overhead to answer some of the division problems. Students were motivated to work in partners and try to beat them. | There was no technology component in the lesson. The value and importance was not stated during the lesson. |

Teacher: Carter, Gerald
Campus: Michael Es

| Domain III: Evaluation and Feedback on Student Progress | Exceeds (x 5) | Proficient (x 3) | Below (x 1) | Unsatis-factory (x 0) | |
|---|---|---|---|---|---|
| 1. Monitored and assessed | x | | | | |
| 2. Assessment and instruction are aligned | | | x | | |
| 3. Appropriate assessment | | x | | | |
| 4. Learning reinforced | x | | | | |
| 5. Constructive feedback | x | | | | Total |
| 6. Relearning and re-evaluation | | x | | | |
| Subtotal | 15 | 6 | 1 | 0 | 22 |

| | Total: | 26 | to | 30 | Exceeds Expectations |
|---|---|---|---|---|---|
| | | 15 | to | 24 | Proficient |
| | | 5 | to | 14 | Below Expectations |
| | | 0 | to | 4 | Unsatisfactory |

Comments: Mr. Carter worked with some students at their desks when they had trouble solving the word problems.

| Strengths | Areas to Address |
|---|---|
| Mr. Carter reinforced learning by "Good", "Yes", "You got it", "You guys are doing great if you are finishing in 5 or 6 minutes". He gave constructive feedback "There you go" and "You meant 72, right" when students made mistakes and corrected themselves. Mr. Carter continuously walked around the classroom monitoring the students while they worked on the worksheets. | Students were asked to complete the 8 word problems independently when the instruction was strictly solving division facts with fact families. The teacher did not model any division problems prior to giving out the assignment. |

Teacher:   Carter, Gerald
Campus:    Michael Es

### Domain IV: Management of Student Discipline, Instructional Strategies, Time, and Materials

| Areas | Exceeds (x 5) | Proficient (x 3) | Below (x 1) | Unsatis-factory (x 0) | Points |
|---|---|---|---|---|---|
| 1. Discipline procedures | | | x | | |
| 2. Self-discipline and self-directed learning | | x | | | |
| 3. Equitable teacher-student interaction | | | x | | |
| 4. Expectations for behavior | | | x | | |
| 5. Redirects disruptive behavior | | | x | | |
| 6. Reinforces desired behavior | | x | | | |
| 7. Equitable and varied characteristics | | x | | | |
| 8. Manages time and materials | | x | | | Total |
| Subtotal | 0 | 12 | 4 | 0 | 16 |

| | Total: | 34 | to | 40 | Exceeds Expectations |
|---|---|---|---|---|---|
| | | 20 | to | 33 | Proficient |
| | | 6 | to | 19 | Below Expectations |
| | | 0 | to | 5 | Unsatisfactory |

**Comments:**
Students were a bit confused with the 2 papers they received at one time. A student calls out "What one do we do 1st?" and Mr. Carter answers "the #1 page". Mr. Carter reinforced desired behavior one time during the lesson "Thank you for being ready".

| Strengths | Areas to Address |
|---|---|
| | Students were not aware of the procedures when finishing the assignment. Some students left their desk and walked over to the teacher. Students asked to go and get water during the lesson. Students called out "Mr. Carter?" instead of raising their hands. One student was drawing in a spiral instead of laying out the numbers for the game. Another student yells out "Shut up" and Mr. Carter mentions "We'll discuss that this afternoon". Another student yells out "It was an accident, you're trying to start something, be quiet" and Mr. Carter does not address the comments. Discipline procedures and expectations were not clear or reviewed during the lesson. Mr. Carter called on 6 students 1x each, 4 students 2x each, and 1 student 3x. Five students were not called on during the lesson. |

Teacher:   Carter, Gerald
Campus:    Michael Es

| Domain V: Professional Communication | Exceeds (x 5) | Proficient (x 3) | Below (x 1) | Unsatis- factory (x 0) | |
|---|---|---|---|---|---|
| 1. Written with students | | X | | | |
| 2. Verbal/non-verbal with students | | X | | | |
| 3. Reluctant students | | | X | | |
| 4. Written with parents, staff, community, members, and other professionals. | | X | | | |
| 5. Verbal/non-verbal with parents, staff, community members, and other professionals. | | X | | | |
| 6. Supportive, courteous | | X | | | Total |
| Subtotal | 0 | 15 | 1 | 0 | 16 |

| | Total: | 25 | to | 30 | Exceeds Expectations |
|---|---|---|---|---|---|
| | | 15 | to | 24 | Proficient |
| | | 5 | to | 14 | Below Expectations |
| | | 0 | to | 4 | Unsatisfactory |

Comments:
Mr. Carter communicates with parents via newsletters and parent notes. He holds parent conferences. He holds student conferences regarding academics.

| Strengths | Areas to Address |
|---|---|
| | Mr. Carter needs to implement motivational and behavioral strategies to encourage reluctant students. |

Teacher:   Carter, Gerald
Campus:    Michael Es

| Domain VI: Professional Development | Exceeds (x 6) | Proficient (x 3) | Below (x 1) | Unsatis- factory (x 0) | |
|---|---|---|---|---|---|
| 1. Campus/district goals | | x | | | |
| 2. Student needs | | x | | | |
| 3. Prior performance appraisal | | x | | | Total |
| 4. Improvement of student performance | | x | | | |
| Subtotal | 0 | 12 | 0 | 0 | 12 |

| | Total: | 16 | to | 20 | Exceeds Expectations |
|---|---|---|---|---|---|
| | | 9 | to | 15 | Proficient |
| | | 3 | to | 8 | Below Expectations |
| | | 0 | to | 2 | Unsatisfactory |

Comments:
Mr. Carter has 48.75 CPE, 5 GT, and 14 teacher choice hours.

| Strengths | Areas to Address |
|---|---|
| | He needs to attend staff development courses to help strengthen the performance of his students. |

Teacher:  Carter, Gerald
Campus:   Michael Es

### Domain VII: Compliance with Policies, Operating Procedures, and Requirements

| | Exceeds (x 5) | Proficient (x 3) | Below (x 1) | Unsatis-factory (x 0) | |
|---|---|---|---|---|---|
| 1. Policies, procedures, and legal requirements | | | x | | |
| 2. Verbal/written directives | | | x | | Total |
| 3. Environment | | x | | | |
| ................Subtotal | 0 | 3 | 2 | 0 | 5 |

| Total: | 13 | to | 15 | Exceeds Expectations |
|---|---|---|---|---|
| | 9 | to | 12 | Proficient |
| | 3 | to | 8 | Below Expectations |
| | 0 | to | 2 | Unsatisfactory |

| Comments: | |
|---|---|
| Strengths | Areas to Address |
| Mr. Carter serves on the reading committee and co-sponsors the student council. | Mr. Carter has failed to follow deadlines several times during the year. |

Teacher: Carter, Gerald
Campus: Michael Es

## Domain VIII: Improvement of Academic Performance of All Students on the Campus (based on indicators included in AEIS

| | Exceeds (x 5) | Proficient (x 3) | Below (x 1) | Unsatisfactory (x 0) | |
|---|---|---|---|---|---|
| 1. Aligns instruction | | X | | | |
| 2. Analyzes TAKS/TEKS data | | | X | | |
| 3. Appropriate sequence | | X | | | |
| 4. Appropriate materials | | X | | | |
| 5. Monitors student performance | | X | | | |
| 6. Monitors attendance | | | X | | |
| 7. Students in at-risk situations | | X | | | |
| 8. Appropriate plans for intervention | | | X | | |
| 9. Modifies and adapts | | X | | | Subtotal |
| Subtotal | 0 | 18 | 3 | 0 | 21 |

Scored                                    4 Recognized

PLUS: 10. Campus performance rating of:

Exemplary =4

Recognized =2                                                    x

Academically Acceptable =1

Academically Unacceptable = 0

Meets AYP = 1                                                    x

* Needs Improvement=0

* If needs improvement, list in the spaces below indicators

| | |
|---|---|
| Participation | n/a |
| Performance | n/a |
| Graduation Rate/Attend | n/a |
| Participation&Performance | n/a |

TOTAL DOMAIN VIII SCORE                    24

| | 1st Year on Campus | | | | Subsequent Years | | |
|---|---|---|---|---|---|---|---|
| Total | 37 | to | 45 | Exceeds Expectations | 40 | to | 50 |
| | 23 | to | 36 | Proficient | 24 | to | 39 |
| | 7 | to | 22 | Below Expectations | 8 | to | 23 |
| | 0 | to | 6 | Unsatisfactory | 0 | to | 7 |

Teacher:  Carter, Gerald
Campus:  Michael Es

| Comments: | | |
|---|---|---|
| | Strengths | Areas to Address |
| | | Daily attendance reporting is inconsistent. Mr. Carter does not keep the vice principal informed of excessive absences and tardies. Mr. Carter needs to implement interventions on a regular basis for students who are struggling or making failing grades. |

Signature of Appraiser:                                   Date: 4/15/09

My appraiser has given me a copy of this Observation Summary Report.

Signature of
Teacher:                                                    Date: 4/15/09

Printed 04/15/2009

# NORTHSIDE ISD
## Professional Development and Appraisal System
### Summative Annual Appraisal

| | |
|---|---|
| Teacher:  Carter, Gerald | Appraiser: Evelyn Masslatte |
| Campus:  Michael Es | Teacher Position Grade 4 |
| | Observation Grade Grade 4 |
| Date: 04/13/2009 | Beginning Time: 11:05 AM |
| | End Time: 11:50 AM |

### Domain I: Active, Successful Student Participation In the Learning Process

| | Exceeds (x 5) | Proficient (x 3) | Below (x 1) | Unsatis-factory (x 0) | |
|---|---|---|---|---|---|
| 1. Engaged in learning | x | | | | |
| 2. Successful in learning | | x | | | |
| 3. Critical thinking/problem solving | x | | | | |
| 4. Self-directed | | x | | | |
| 5. Connects learning | | x | | | Total |
| Subtotal | 10 | 9 | 0 | 0 | 19 |

| | | | | |
|---|---|---|---|---|
| Total: | 20 | to | 25 | Exceeds Expectations |
| | 12 | to | 19 | Proficient |
| | 4 | to | 11 | Below Expectations |
| | 0 | to | 3 | Unsatisfactory |

Comments:
Students routinely involved and on task.

| Strengths | Areas to Address |
|---|---|
| The check that Mr. Carter wrote helped the students understand fractions. He wrote it out for four thousand and 25/100. This helped the students understand the concept of fractions. | |

EXHIBIT B 4

Teacher: **Carter, Gerald**
Campus: **Michael Es**

| Domain II: Learner-Centered Instruction | Exceeds (x 5) | Proficient (x 3) | Below (x 1) | Unsatis-factory (x 0) | |
|---|---|---|---|---|---|
| 1. Goals and objectives | | x | | | |
| 2. Learner-centered | | x | | | |
| 3. Critical thinking and problem solving | x | | | | |
| 4. Motivational strategies | x | | | | |
| 5. Alignment | | x | | | |
| 6. Pacing/sequencing | | x | | | |
| 7. Value and importance | x | | | | |
| 8. Appropriate questioning and inquiry | x | | | | |
| 9. Use of technology | | x | | | Total |
| ................................Subtotal | 20 | 15 | 0 | 0 | 35 |

| | Total: | 37 | to | 45 | Exceeds Expectations |
|---|---|---|---|---|---|
| | | 23 | to | 36 | Proficient |
| | | 7 | to | 22 | Below Expectations |
| | | 0 | to | 6 | Unsatisfactory |

Comments:
Multiple strategies were used as the lesson was taught.

| Strengths | Areas to Address |
|---|---|
| Mr. Carter provided several opportunities for the students to understand fractions. He gave out a Fractions to Decimals worksheet, and a worksheet using Coordinate Grids. | |

Teacher:   Carter, Gerald
Campus:   Michael Es

| Domain III: Evaluation and Feedback on Student Progress | Exceeds (x 5) | Proficient (x 3) | Below (x 1) | Unsatis-factory (x 0) | |
|---|---|---|---|---|---|
| 1. Monitored and assessed | x | | | | |
| 2. Assessment and instruction are aligned | | x | | | |
| 3. Appropriate assessment | x | | | | |
| 4. Learning reinforced | | x | | | |
| 5. Constructive feedback | | x | | | |
| 6. Relearning and re-evaluation | | x | | | Total |
| ....................Subtotal | 10 | 12 | 0 | 0 | 22 |

| Total: | 25 | to | 30 | Exceeds Expectations |
|---|---|---|---|---|
| | 15 | to | 24 | Proficient |
| | 5 | to | 14 | Below Expectations |
| | 0 | to | 4 | Unsatisfactory |

Comments:
Students are monitored, assessed and received feedback as needed.

| Strengths | Areas to Address |
|---|---|
| Mr. Carter provided appropriate reinforcement as needed. He asked a variety of questions and also invited students to come up to the overhead and write numbers in decimal form. Each student was given a Base 10 set to use. | |

Teacher:    Carter, Gerald
Campus:     Michael Es

| Domain IV: Management of Student Discipline, Instructional Strategies, Time, and Materials | Exceeds (x 5) | Proficient (x 3) | Below (x 1) | Unsatis-factory (x 0) | |
|---|---|---|---|---|---|
| 1. Discipline procedures | x | | | | |
| 2. Self-discipline and self-directed learning | | x | | | |
| 3. Equitable teacher-student interaction | | x | | | |
| 4. Expectations for behavior | | x | | | |
| 5. Redirects disruptive behavior | | x | | | |
| 6. Reinforces desired behavior | | x | | | |
| 7. Equitable and varied characteristics | x | | | | Total |
| 8. Manages time and materials | x | | | | |
| .........................Subtotal | 15 | 15 | 0 | 0 | 30 |

|  | | | | |
|---|---|---|---|---|
| Total: | 34 | to | 40 | Exceeds Expectations |
| | 20 | to | 33 | Proficient |
| | 6 | to | 19 | Below Expectations |
| | 0 | to | 5 | Unsatisfactory |

Comments:
Students are cooperative, pleasant and responsive to the teacher directives.

| Strengths | Areas to Address |
|---|---|
| Mr. Carter made sure that the materials that were used were interesting and met the students needs. | |

Teacher:  **Carter, Gerald**
Campus:  **Michael Es**

| Domain V: Professional Communication | Exceeds (x 5) | Proficient (x 3) | Below (x 1) | Unsatis-factory (x 0) | |
|---|---|---|---|---|---|
| 1. Written with students | | x | | | |
| 2. Verbal/non-verbal with students | | x | | | |
| 3. Reluctant students | | | x | | |
| 4. Written with parents, staff, community, members, and other professionals. | | x | | | |
| 5. Verbal/non-verbal with parents, staff, community members, and other professionals. | | x | | | |
| 6. Supportive, courteous | x | | | | Total |
| ..............................Subtotal | 5 | 12 | 1 | 0 | 18 |

| Total: | 25 | to | 30 | Exceeds Expectations |
|---|---|---|---|---|
| | 15 | to | 24 | Proficient |
| | 5 | to | 14 | Below Expectations |
| | 0 | to | 4 | Unsatisfactory |

**Comments:**

| Strengths | Areas to Address |
|---|---|
| Mr. Carter keeps parents informed through weekly newsletters that are sent home. | #3. Ask the counselor for contracts/ strategies that you use for reluctant students. #5. Request parent conferences as needed to help support you. |

Teacher:   **Carter, Gerald**
Campus:    **Michael Es**

| Domain VI: Professional Development | Exceeds (x 5) | Proficient (x 3) | Below (x 1) | Unsatis-factory (x 0) | |
|---|---|---|---|---|---|
| 1. Campus/district goals | | x | | | |
| 2. Student needs | | | x | | |
| 3. Prior performance appraisal | | x | | | |
| 4. Improvement of student performance | | | x | | Total |
| ...................................Subtotal | 0 | 6 | 2 | 0 | 8 |

| Total: | 16 | to | 20 | Exceeds Expectations |
|---|---|---|---|---|
| | 9 | to | 15 | Proficient |
| | 3 | to | 8 | Below Expectations |
| | 0 | to | 2 | Unsatisfactory |

Comments:
Follows campus/district goals.

| Strengths | Areas to Address |
|---|---|
| Mr. Carter has participated in required campus and district workshops. | #2.Attend more professional development to help focus on improvement in teaching and classroom management.<br>#4.Work with collaborating with others exchanging ideas for effective teaching and implementation of new strategies. |

Teacher:  Carter, Gerald
Campus:  Michael Es

| Domain VII: Compliance with Policies, Operating Procedures, and Requirements | | | | | |
|---|---|---|---|---|---|
| | Exceeds (x 5) | Proficient (x 3) | Below (x 1) | Unsatis-factory (x 0) | |
| 1. Policies, procedures, and legal requirements | | | x | | |
| 2. Verbal/written directives | | | x | | |
| 3. Environment | | x | | | Total |
| ...............................Subtotal | 0 | 3 | 2 | 0 | 5 |

| | | | | | |
|---|---|---|---|---|---|
| Total: | 13 | to | 15 | Exceeds Expectations | |
| | 9 | to | 12 | Proficient | |
| | 3 | to | 8 | Below Expectations | |
| | 0 | to | 2 | Unsatisfactory | |

Comments:

| Strengths | Areas to Address |
|---|---|
| Mr. Carter works at keeping his classroom safe for all of his students. | #1. Please follow time lines and due dates.<br>#2. Please follow verbal and written directives. |

Teacher:   Carter, Gerald
Campus:    Michael Es

## Domain VIII: Improvement of Academic Performance of All Students on the Campus (based on indicators included in AEIS

| | Exceeds (x 5) | Proficient (x 3) | Below (x 1) | Unsatisfactory (x 0) | |
|---|---|---|---|---|---|
| 1. Aligns instruction | | x | | | |
| 2. Analyzes TAKS/TEKS data | | x | | | |
| 3. Appropriate sequence | | x | | | |
| 4. Appropriate materials | | x | | | |
| 5. Monitors student performance | | x | | | |
| 6. Monitors attendance | | | x | | |
| 7. Students in at-risk situations | | | x | | |
| 8. Appropriate plans for intervention | | | x | | |
| 9. Modifies and adapts | | x | | | Subtotal |
| .Subtotal | 0 | 18 | 3 | 0 | 21 |

PLUS: 10. Campus performance rating of:       Scored                        4 Recognized

         Exemplary =4

         Recognized =2                                      x

        Academically Acceptable =1

      Academically Unacceptable = 0

         Meets AYP = 1

       * Needs Improvement=0

* If needs Improvement, list in the spaces below indicators

         Participation     n/a
         Performance     n/a
     Graduation Rate/Attend   n/a
   Participation&Performance  n/a

.  **TOTAL DOMAIN VIII SCORE**         23

| | 1st Year on Campus | | | | Subsequent Years | | |
|---|---|---|---|---|---|---|---|
| Total | 37 | to | 45 | Exceeds Expectations | 40 | to | 50 |
| | 23 | to | 36 | Proficient | 24 | to | 39 |
| | 7 | to | 22 | Below Expectations | 8 | to | 23 |
| | 0 | to | 6 | Unsatisfactory | 0 | to | 7 |

Teacher: **Carter, Gerald**
Campus: **Michael Es**

| Comments: Mr. Carter is a 4th grade teacher at Michael. | |
|---|---|
| Strengths | Areas to Address |
| Mr. Carter serves as a chair person on the Student Council and is a member of the reading committee. | #6. Monitoring of student attendance is inconsistent. Please make sure to fill out the gold forms to address attendance problems--return to the vice-principal. #7. Strategies to motivate and encourage the at-risk students are inconsistent. #8. Development of long-term student goals not evident. |

Signature of Appraiser: *Welyn Massiatte*                    Date: 4 - 14 - 09

My appraiser has given me a copy of this Observation Summary Report.

Signature of
Teacher: *Gerald Carter*                                        Date: 4-14-09

Printed 04/13/2009

### Texas Education Agency
## PROFESSIONAL DEVELOPMENT
## AND APPRAISAL SYSTEM

| | |
|---|---|
| | 1 x 1 |
| x | 1 x 2 |
| | 2 x 2 |
| | See Local Policy |
| | DNA |

#### 2008 - 2009

Teacher: Carter, Gerald
Campus: Michael Es
First Year at this campus? (affects scoring)    No

Teacher Position Grade 4
Employee ID e038157

Appraiser's Names:    #1 Lori Shaw    10/20/2008
#2 Evelyn Massiatte    04/13/2009
#3

#### Summative Appraisal Record

| | | Appraiser 1 | | Appraiser 2 | | Appraiser 3 | | Average Score | Domain Rating |
|---|---|---|---|---|---|---|---|---|---|
| Domain I | Active Participation | 17 | + | 19 | + | 0 | = | 18.00 | Proficient |
| Domain II | Learner-Centered Instruction | 26 | + | 35 | + | 0 | = | 30.50 | Proficient |
| Domain III | Evaluation & Feedback | 22 | + | 22 | + | 0 | = | 22.00 | Proficient |
| Domain IV | Management | 16 | + | 30 | + | 0 | = | 23.00 | Proficient |
| Domain V | Prof. Communication | 16 | + | 18 | + | 0 | = | 17.00 | Proficient |
| Domain VI | Prof. Development | 12 | + | 8 | + | 0 | = | 10.00 | Proficient |
| Domain VII | Compliance w/ Policies | 5 | + | 5 | + | 0 | = | 5.00 | Below Expectations |
| Domain VIII | Improvement of Academic Performance of All Students | 24 | + | 23 | + | 0 | = | 23.50 | Proficient |

#### Observation Status for Next Year
(if teacher remains on the same campus)

| | |
|---|---|
| x | Return to annual observation(s) |
| | 3rd year on ATAR |
| | See appraisal record |
| x | Continue annual observations |
| | Continue with three year cycle |
| | No domain score less than 'proficient' |
| | Four out of eight domain scores are 'exceeds expectations' |
| | at least two of the first four domain scores are 'exceeds expectations' |
| | Qualify for three year cycle |
| | Continuing contract or 2 Yr Term contract |
| | No domain score less than 'proficient' |
| | Four out of eight domain scores are 'exceeds expectations' |
| | at least two of the first four domain scores are 'exceeds expectations' |

| Number of observations for next year | |
|---|---|
| | A.T.A.R |
| | 1 x 1 |
| x | 1 x 2 |
| | 2 x 2 |

_Lori Shaw_
Appraiser Signature

Signature of other appraiser(s) if present at conference

_[signature]_
Teacher Signature

EXHIBIT B5

4/15/09
Date of Conference

Note: The signature of teacher indicates that he/she has received a copy of the Appraisal Record and the results of the performance appraisals have been discussed in a conference.

*Printed 04/15/2009*

P291

From:        Evelyn Massiatte
To:          Gerald Carter
Date:        Thursday - September 24, 2009 10:15 AM
Subject:     Re: Progress Reports

OK.

Evelyn Massiatte
Vice-Principal
Mary Michael
397-3900

>>> Gerald Carter 9/24/2009 8:06 AM >>>
I have them done on the computer but need to get over to John's lab to print them out....will be there this AM.

Gerry Carter
4th Grade Teacher
Michael Elementary


>>> Evelyn Massiatte 9/24/2009 7:27 AM >>>
The progress reports were due to my by September 23rd.  I did not receive them by the due date.

Please turn them in to me this morning so that I can review them.


Thanks!

Evelyn Massiatte
Vice-Principal
Mary Michael
397-3900


EXHIBIT B6

9/27/2009 7:46 PM

4th Grade Reading Release Test #1 Results
October 20, 2009

| Teacher | CDB #1 |
|---------|--------|
| Ramon | 79% |
| Wise | 56% |
| Maldonado | 94% |
| Carter | 50% |
| Cobarruvias | 44% |

NISD Passing Rate:  66%
Michael Passing Rate:  64%
We are #36 out of 65 schools.

EXHIBIT B7

4th Grade Writing Multiple Choice CDB #1 Results
November 10, 2009

| Teacher | CDB #1 |
|---|---|
| Ramon | 90% |
| Cobarruvias | 72% |
| Carter | 39% |
| Wise | 79% |
| Maldonado | 100% |

Michael Passing Rate: 75.6%

EXHIBIT B8

Northside Independent School District

# Mary Burns Michael Elementary



3155 Quiet Plain
San Antonio, TX 78245-3039
Phone: (210) 397-3900
www.nisd.net



| Lori Shaw | Evelyn Massiatte | John M. Folks, Ed.D. |
| Principal | Vice Principal | Superintendent |

TO:     Gerald Carter
FROM:  Mrs. Massiatte, Vice-Principal
RE:      Lesson Plans
DATE:   October 30, 2009


This memorandum is to communicate the importance of turning in your lesson plans on time.  Your grade level plans were due to me by October 23, 2009 and I did not receive them by this date.  On Monday, October 26, 2009, I sent you a reminder that I had not received your plans.  You e-mailed me and told me that they would be turned in on Wednesday, October 28, 2009.  You did turn them in and they were 3 days late.  They were also not complete.

At the beginning of the year you were given a schedule of the due dates for lesson plans. You are expected to adhere to these dates.  Lesson plans are a vital part of the teaching process.

You are expected to turn in your lesson plans on the date that they are due.  I am going to assign your team leader Melissa Ramon to help in reminding you of this task.  If you need any other help I will be more than happy to help you.

If this behavior continues, it will directly affect Domain 8 (Improvement of Academic Performance of All Students on the Campus) of your PDAS evaluation cycle.

I have received a copy of this formal reprimand.  I understand that my signature does not necessarily indicate that I agree with its contents.  I further understand that I have a right to respond within ten working days if I disagree.


_Gerald Carter_ (signature)                         10/30/09

Gerald Carter                                        Date


EXHIBIT B 9

Northside Independent School District

# Mary Burns Michael Elementary


3155 Quiet Plain
San Antonio, TX 78245-3039
Phone: (210) 397-3900
www.nisd.net



| | | |
|---|---|---|
| Lori Shaw | Evelyn Massiatte | John M. Folks, Ed.D. |
| Principal | Vice Principal | Superintendent |

TO:      Gerald Carter
FROM:   Mrs. Massiatte, Vice-Principal
RE:      Grade book
DATE:   January 14, 2010

This memorandum is to communicate the importance of posting student grades in the grade book.  On January 13, 2010 I was reviewing your grade book and noticed that there were not grades posted in Math, Science, and Reading since December 17th.  There were 2-3 grades for several students posted for Language Arts, and not everyone had a grade for that subject.  I spoke to you on September 25th about posting grades in the grade book.

At the beginning of the year all staff was reminded to keep their grade book updated and to post grades weekly.  Parents are able to grades through the Parent Connection and if grades are not posted weekly there is nothing for parents to see.

You are expected to post student grades weekly.  I am going to assign your team leader Melissa Ramon to help you with this task.  If you need any other help I am more than happy to help you.

If this behavior continues, it will directly affect Domain 8 (Improvement of Academic Performance of All Students on the Campus) of your PDAS evaluation cycle.

I have received a copy of this formal reprimand.  I understand that my signature does not necessarily indicate that I agree with its contents.  I further understand that I have a right to respond within ten working days if I disagree.

_____                           _____
Gerald Carter                                                   Date

EXHIBIT B10

June 18,2010

## Accommodations Request for Gerald Carter

In order to have a successful year with my students, parents, teachers, and administration, I am requesting the following accommodations to compensate for my disability:

1) Team plan with my grade level to discuss student progress and plan for the coming week.

2) Be assigned to a grade level that I am experienced in, such as 3rd, 4th, or 5th grade.

3) Allow lesson plans to be turned in, or posted online, by Monday morning.

4) Eliminate required weekly performance meetings with administration. These were counterproductive and worsened my disability to the point that I could not perform that day.

5) Be reassigned to a different campus, with an administrator who would be understanding of my condition.

Due to the short notice given for this meeting, there may be additional requests made after I consult with my doctor for her recommendations.

EXHIBIT B 11

# Michael Elementary Employee Handbook Procedures





## 2010 - 2011



EXHIBIT B12

## GIFTS AND SOLICITATIONS

Employees of the district are not permitted to use their position to sell products or services to parents for books, services, educational materials, or any other project that results in profit for the employee. Selling of items is not permitted during school hours.

## e-GRADE BOOKS

At each grade level each teacher should keep enough grades for each student in each subject to justify the grade and not have the grade based unduly on one project or assignment. When giving major projects, be sure to teach the students the process to be followed and give them a detailed rubric. NOTE: There must be consistency at each grade concerning the number of grades. Be sure that you note the difference in homework, class work, and tests since these are weighted differently in figuring the average grade.

## GRADING POLICY

At the beginning of the school year, the teacher should explain his/her grading policy to the students. A written summary of the grading policy must be provided to the parents and discussed with them at parent orientation nights.

The summary should describe the types of measures to be used and the approximate weight/value given to different assignments.

The numerical range for grading is:

> 90-100 A
> 80-89  B
> 75-79  C
> 70-74  D

> Grades are to be taken on assignments that are aligned with the NISD Academic Standards and access student proficiency in the standards or proficiency in enabling skills needed to demonstrate such proficiency. Students are to be informed of the expectations for quality work and whenever possible, the criteria by which their work will be evaluated (See Instructional Handbook, p.39).

Numerical yearly grade averages are recorded on the PRC. It is necessary to be aware of a student's cumulative average, as it is important that a progress report be sent home whenever a student's grade falls below 70% in an academic subject. Art, P.E., and Music grades are reported as E, S, N, and U. Adjusted grades for special education must be reflected as such. Print "M" (modified) after the subject.

## GT - ALPHA Program

These students will have a rigorous day while in the ALPHA classes. **ALPHA students should NOT be expected to do classroom assignments that were done in their absence.** In the infrequent circumstances when these assignments are absolutely necessary for a basic understanding of required concepts, ample time should be given for their completion. Classroom teachers may assign homework as independent practice for reinforcement of skills already taught making sure the student understands the assignment.

## HOMEWORK

Homework will be assigned on Monday, Tuesday, Wednesday, and Thursday nights.

injury report must be completed.
Staff members who are injured must complete and follow Workman's Comp guidelines regarding the injury.  Report any injury to the Vice-Principal.

### IRI's
Classroom teachers in grades 1 - 5 will give students an IRI by – <u>TBA</u>. The completed IRI levels will be entered on the teachers' tracking form.
The classroom teacher with a different IRI must assess every student reading below grade level each nine-week grading period (by the end of the 8th week).  New students need to given an IRI within one week of their arrival, and the IRI results need to be given to the reading specialist. The reading specialist is available on a consultant basis to do further testing as needed for proper placement of a student.

### *LEAVING CAMPUS*
For safety reasons, teachers are strongly discouraged from leaving campus during the day.  If the need arises to leave campus during the school day, teachers must get approval from the administrator.  Let the office know when you return to campus.

### *LESSON PLANS AND DAILY SCHEDULES*
Prepare lesson plans and schedules as soon as possible.  Schedules should be turned into your grade level administrator by the second week of school.  Lesson plans should include objectives, materials, procedures, and evaluations.
<u>Lesson plans will be written on the computer</u>.  The following are to be included in your Lesson Plan Binder:
Tab 1-Lesson Plans
Tab-2 Schedules
Tab-3 Class Lists
Tab-4 Curriculum (TAKS, Curriculum Overviews, Etc)
Tab-5 Substitute Information (include class rules, lists of materials, seating chart, explanation of daily schedule, grade level team leader, etc.)  <u>You must include a list of students and their medical needs.</u>

The principal or vice-principal may ask to see your lesson plans as part of a classroom visit. This helps them get a more complete picture of what you are covering for the week without interrupting your teaching to ask you.  Have your plans out and available.

### LESSON PLANS – Review of Lesson Plans and Substitute Plans
Good lesson planning is the basis of good instruction and helps control behavior problems.  All plans should be on a formatted lesson plan form, i.e. do not use calendars as lesson plans. Guided Reading plans are required for each week. Lesson plans should be easily interpreted by a substitute. Substitute plans should be ready for emergencies. (i.e.; Substitute Folder, "Sub Tub") Plans will be due in the office by noon on Friday, on a rotating basis.  Submit all plans from 1st day to upcoming week.

**The schedule for turning in your plans is as follows:**

Ms. Shaw – Grades 1, 3, 5, Specialists: E. Barloco, M. Lansford, L. Moran, L. Musk, G. Garcia
Ms. Garza –Grades PK, K, 2, 4, Spec. Ed, Specialists:, B. McCain, J. Rath,     K. Brown, A.
Flores, D. Lozano, J. Moran

## Lesson Plan Review Schedule:

| | | | | | | |
|---|---|---|---|---|---|---|
| Oct | 1st | Specialists  I | Feb | 4th | 3/ALE |
| Oct | 8th | Specialists  II | Feb | 11th | 2/PPCD |
| Oct | 15th | 5 | Feb | 18th | 1/Speech |
| Oct | 22nd | 4/AMC | Feb | 25th | Pre-K/K |
| Oct | 29th | 3/ALE | Mar | 4th | Specialists  I |
| Nov | 5th | 2/PPCD | Mar | 25th | Specialists  II |
| Nov | 12th | 1/Speech | Apr | 1st | 5 |
| Dec | 3rd | Pre-K/K | Apr | 8th | 4/AMC |
| Jan | 7th | Specialists  I | Apr | 14th | 3/ALE |
| Jan | 14th | Specialists  II | Apr | 21st | 2/PPCD |
| Jan | 21st | 5 | Apr | 29th | 1/Speech |
| Jan | 28th | 4/AMC | May | 6th | Pre-K/K |

All lesson plans will be turned in at the end of the school year.

## LETTERS TO PARENTS

Letters to parents to explain policy such as curriculum, instruction, or discipline, must be typed. Please have the principal or vice-principal read all such communications before copies are made and sent home.   This also applies to notices going out to an entire grade level (such as a field trip letter).

A notice to your entire class should be given to another teacher to proofread.  Supply a copy to the office for information purposes, the office keeps them on file and will refer to them when parents call the secretaries for information.  Submit all letters needing administrator approval one day in advance.

## LIBRARY

Each class, Pre-K – 5th grade will have the opportunity to use the library often.  We will have a "flexible schedule".  Check out times and open library times will be scheduled with the librarian.  The librarian will give more information to you.
As classroom teachers, you know the individual and group needs of your students.  Please work closely with the librarian in planning the objectives that you would like for her to teach your students.  Basic library skills, using resources, map skills, research assignments, Sirce System, are just a few.  Teachers must remain with their class during scheduled library times. The Accelerated Reader Program will be available for the students to use in the library.

## LOST AND FOUND

Please encourage your student to put their names on all their belongings.  Have a lost and found box in your classroom and clear it out at the end of the week.  Any unclaimed items may be sent to the cafeteria lost and found box.  Lost and unclaimed items will be donated to a

Playground Rules can be found in the Appendix section of this handbook.

## _RELEASE OF STUDENTS_
_DO NOT RELEASE STUDENTS TO A PARENT/ADULT WITHOUT OFFICE APPROVAL DURING THE SCHOOL DAY.  REFER ALL PARENTS/ADULTS COMING DIRECTLY TO YOUR CLASSROOM TO THE OFFICE IF THEY DO NOT HAVE A VISITOR'S BADGE._

### Report cards
Report cards will be sent home on the Friday following the end of the grading period

**Submit the report cards for review to the appropriate administrator:**
**Ms. Shaw – 1, 3, 5            Ms. Garza– K, 2, 4**

**Spec Ed IEP's and Report Cards should be given to the grade level administrator for each child.**

Follow the eGrade book schedule below:

|  | 1st Nine Weeks | 2nd Nine Weeks | 3rd Nine Weeks | 4th Nine Weeks |
|---|---|---|---|---|
| Specialists – Verify | 10/22/10 | 1/14/11 | 4/1/11 | 5/27/11 |
| Classroom Teachers - Verify | 10/25/10 | 1/14/11 | 4/4/11 | 5/27/11 |
| Classroom Teachers – Print/Submit to Admin | 10/27/10 | 1/19/11 | 4/6/11 | 5/31/11 |
| Spec. Ed teachers IEP Report Cards Due to Admin | 10/27/10 | 1/19/11 | 4/6/11 | 5/31/11 |
| Admin Review | 10/27/10 | 1/19/11 | 4/6/11 | 5/31/11 |
| Admin Return to Teachers | 10/28/10 | 1/20/11 | 4/7/11 | 6/1/11 |
| Report Cards Go Home | 10/29/10 | 1/21/11 | 4/8/11 | 6/2/11 |

## _RESTROOMS_
Students must have a duty teacher's permission to re-enter the building during recess or after school.
Restroom breaks may be scheduled as needed.  Send a student monitor in to check the condition prior to use.  Let a custodian know if the restroom needs attention.  Have the class wait in the hall and send a few students into the restroom at a time.  Check the condition of the restroom before leaving. Individual use of the restroom is permitted.  Restroom passes (boy, girl) are encouraged.

IF A CHILD ASKS TO GO TO THE RESTROOM LET THEM GO.  IF THE TIME IS NOT CONVENIENT ASK: "CAN YOU WAIT OR DO YOU NEED TO GO NOW?" IF THEY SAY "NOW", LET THEM GO.  The number of times a child goes to the restroom is not limited, however, if it is excessive, discuss it with the child's parents to determine if there is a medical problem.

## _SAFETY PROCEDURES_

1st grade grades entered in egradebook
as of October 19, 2010

| Teacher | Language Arts | Math | Reading | Science | Social Studies |
|---------|---------------|------|---------|---------|----------------|
| A | 12 | 9 | 10 | 7 | 1 |
| B (Carter) | 4 | 8 | 2 | 2 | 3 |
| C | 16 | 16 | 16 | 7 | 10 |
| D | 13 | 11 | 11 | 8 | 6 |

EXHIBIT B13

## Mr. Carter's Lesson Plans 2010-2011
## Date: September 20ᵗʰ – 24ᵗʰ⁻ (week 5)

| nouncements/ Lunch Count 7:45-8:00 | Monday 9-20 | Tuesday 9-21 | Wednesday 9-22 | Thursday 9-23 | Friday 9-24 |
|---|---|---|---|---|---|
| **Morning Star Reading 8:00-8:30** | Guided Reading Groups | Guided Reading Groups | Guided Reading Groups | Guided Reading Groups | Guided Reading Groups |
| **Phonics 8:30-9:00 ( carpet work)** | | | | | |

EXHIBIT B14

| Lunch 11:30 – 12:00 | | | | | |
|---|---|---|---|---|---|
| Math 1:00 – 12:50 | 1. Obj: use patterns to develop strategies to solve basic addition and basic subtraction problems<br><br>2. Marbles pg. 23<br><br>3. HSP Unit 1 Lesson 2.6 "Hands on Algebra" Ways to Make Numbers to 8 pg. 35A-35B and 35-36<br><br>4. Assign:, work book pg. 35-36<br><br>5. Evaluation: Check for understanding | 1. Obj: use concrete and pictorial models to apply basic addition and subtraction facts.<br><br>2. I Spy Recording Sheet pg. 24-25<br><br>3. HSP Unit 1 Lesson 2.7 "Vertical Addition Sentences pg. 37A-37B and 37-38<br><br>4. Assign: workbook pg. 37-38<br><br>5 Evaluation: Assessment | 1. Obj: use concrete and pictorial models to apply basic addition and subtraction facts.<br><br>2. Fast Freddy Problem Solving # 8<br><br>3. HSP Unit 1 Lesson 2.8. Problem Solving Workshop Strategy: Draw a Picture pg. 39A-39B and 39-42<br><br>4. Assign: workbook pg. 39-42<br><br>5. Evaluation: Assessment | 1. Obj: recognize and solve problems in addition and subtraction situations. Recognize patterns in numbers and operations.<br><br>2. HSP Develop Math Vocabulary and Think Math Activity "Gone Fishing" pg. 49E-49F, HSP Unit 1 Lesson 3.2 "Use symbols to Subtract pg. 53-53B and 53-54<br><br>3. Assign: work book pg.53-54<br><br>4. Evaluation: Check for understanding | 1. Obj: model and create addition and subtraction problems situation with concrete objects and write corresponding number sentences.<br><br>2. Teacher Directions: Separate Key Action Poster, Building Subtraction Vocabulary Lesson pg. 27-28, Farmer Theme Subtraction Stories pg. 29-33<br><br>3. HSP Unit 1 Lesson 3.1 Hands on Model Separating pg. 51A-51B and 51-52, 3.2 Use Symbols to Subtract pg. 53-53B and pg. 53-54<br><br>4. Assign :,work book pg.  51-52, 53-54<br><br>5. Evaluation: Check for understanding |
| Rotation 1:05-1:50 | Day 1 PE | Day 2 Music | Day 3 PE | Day 4 Computer | Day 5 PE |
| Science/Social Studies 2:00-2:30 | | | | | |
| Prepare for Dismissal 2:30-2:40 | | | | | |

## Mr. Carter's Lesson Plans 2010-2011
## Date: October 4 – 8 (week 6)

| | Monday 9-20 | Tuesday 9-21 | Wednesday 9-22 | Thursday 9-23 | Friday 9-24 |
|---|---|---|---|---|---|
| nouncements/ Lunch Count 7:45-8:00 | | | | | |
| Morning Star Reading 8:00-8:30 | Guided Reading Groups | Guided Reading Groups | Guided Reading Groups | Guided Reading Groups | Guided Reading Groups |
| Phonics 8:30-9:00 ( carpet work) | | | | | |

| Whole Group Reading 9:00-9:20

Guided Reading Groups 9:20-10:00

*20 min. per group*

Red Group
Yellow Group
Blue Group
Green Group | | | | | |
|---|---|---|---|---|---|
| Open Court 9:20-10:00 | | | | | |
| Recess 10: 00-10:15 | | | | | |
| Writing 10:20-10:50 Math Action Wall 10:50-11:15 | Procedures: Calendar Numbers 1-100 Before and After Place Value Chart | Procedures: Calendar Numbers 1-100 Before and After Place Value Chart | Procedures: Calendar Numbers 1-100 Before and After Place Value Chart | Procedures: Calendar Numbers 1-100 Before and After Place Value Chart | Procedures: Calendar Numbers 1-100 Before and After Place Value Chart |

| Lunch 11:30 – 12:00 | | | | | |
|---|---|---|---|---|---|
| **Math** 12:00 – 12:50 | 1. Obj: use patterns to develop strategies to solve basic addition and basic subtraction problems<br><br>2. Marbles pg. 23<br><br>3. HSP Unit 1 Lesson 2.6 "Hands on Algebra" Ways to Make Numbers to 8 pg. 35A-35B and 35-36<br><br>4. Assign:, work book pg. 35-36<br><br>5. Evaluation: Check for understanding | 1. Obj: identify patterns related to addition and subtraction sentences (fact families for sums)<br><br>2 HSP Unit 1 Lesson 4.2 Hands on Model Addition and Subtraction pg. 77A-77B and 77-78, Related Facts 79A-79B<br><br>4 Assign: workbook pg. 77-78, 79-80<br><br>5 Evaluation: Assessment | 1. Obj: identify patterns related to addition and subtraction sentences (fact families for sums)<br><br>2. HSP Unit 1 Lesson 4.3 Related Facts 79A-79B<br><br>4. Assign: workbook pg. 79-80<br><br>5. Evaluation: Assessment | 1. Obj: use concrete and pictorial models to apply basic additions and subtraction facts<br><br>2. Do you Add or Subtract Song pg. 39 Splash pg.41 Number Sentences with Symbols pg. 42<br><br>2. HSP Develop Unit 1 Lesson 4.4 Write Addition and Subtraction Sentences pg. 81A-81B<br><br>3. Assign: work book pg.81-82<br><br>4. Evaluation: Check for understanding | 1. Obj: use concrete and pictorial models to apply basic additions and subtraction facts<br><br>2. Do you Add or Subtract Song pg. 39 Splash pg.41 Number Sentences with Symbols pg. 42<br><br>3. HSP Unit 1 Lesson 4.45 Problem Solving Workshop skill: Choose the Operation pg. 83A-836B<br><br>4. Assign :,work book pg. 83-84<br><br>5. Evaluation: Check for understanding<br><br>Fast Freddy # 10 |
| **Rotation** 05-1:50 | Day 1<br>PE | Day 2<br>Music | Day 3<br>PE | Day 4<br>Computer | Day 5<br>PE |
| **Science/Social Studies** 2:00-2:30 | | | | | |
| Prepare for Dismissal 2:30-2:40 | | | | | |