IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GERALD CARTER | § § | |
| V. | § § | CIVIL ACTION NO. 5:11-CV-492 FB |
| NORTHSIDE INDEPENDENT SCHOOL DISTRICT | § § § § | |

ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AND
REQUEST FOR EXTENSION OF TIME TO FILE PLAINTIFF'S RESPONSE TO
DEFENDANT'S SUMMARY JUDGMENT MOTION

On this the 10th day of May, 2012, came on to be considered Plaintiff's Motion for Leave to File and Request for Extension of Time to File Plaintiff's Response to Defendant's Summary Judgment Motion.

Plaintiff's Motion is hereby GRANTED. The Summary Judgment Response is hereby ordered to be filed by March 28, 2012 and leave is hereby granted to file same.

So ORDERED this 10th day of May, 2012.

HONORABLE ~~FRED BIERY~~
~~CHIEF~~ JUDGE PRESIDING