**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| GERALD CARTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | CIVIL ACTION NO. SA-11-CA-492-FB |
| ) | |
| NORTHSIDE INDEPENDENT ) | |
| SCHOOL DISTRICT, ) | |
| ) | |
| Defendant. ) | |

## AMENDED JUDGMENT

Defense counsel informed Court staff that the body of the original Judgment (docket no. 33) incorrectly refers to the defendant as the Northeast Independent School District instead of the Northside Independent School District. This Amended Judgment is filed to correct this error.

The Court considered the Judgment to be entered in the above-styled and numbered cause. Pursuant to the Amended Order Accepting (Second) Memorandum and Recommendation of the United States Magistrate Judge signed this date,

IT IS ORDERED, ADJUDGED and DECREED that the (Second) Memorandum and Recommendation (docket no. 29) of the United States Magistrate Judge is ACCEPTED pursuant to 28 U.S.C. § 636(b)(1) such that the motion for summary judgment (docket no. 20) filed by the Northside Independent School District is GRANTED and summary judgment is ENTERED in favor of defendant on each of plaintiff's claims.

IT IS FINALLY ORDERED, ADJUDGED and DECREED that this case is CLOSED. Motions pending with the Court, if any, are Dismissed as Moot.

It is so ORDERED.

SIGNED this 20th day of September, 2012.

_____
FRED BIERY
CHIEF UNITED STATES DISTRICT JUDGE